**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY COLTER, | ) | 1:06 at 305 DLB |
| | ) | 1:06 cv 0949 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND ORDERING PLAINTIFF TO PAY THE $350.00 FILING FEE WITHIN FIFTEEN DAYS |
| v. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | (Document 2) |
| Defendant. | ) | |

Plaintiff Tony Colter filed the instant appeal of his denial of Social Security benefits on July 10, 2006.

Plaintiff also filed an application to proceed in forma pauperis. An examination of his application reveals that Plaintiff is able to afford the costs of this action. Plaintiff indicates that he receives $2,800.00 per month in rent payments.[1] He also owns two homes.

---

[1] Plaintiff states that most of this money "goes to bills," but the Court note that his wife receives approximately $1,500.00 per month in various benefits.

1

1   Accordingly, the motion to proceed in forma pauperis is DENIED. <u>See</u> 28 U.S.C.
2 § 1915.  Plaintiff is ORDERED to pay the $350.00 filing fee within fifteen (15) days of the date
3 of service of this order.  Failure to follow this order may result in a recommendation that the
4 action be dismissed pursuant to Local Rule 11-110.

6 IT IS SO ORDERED.

7 **Dated:   July 26, 2006**                                  **/s/ Anthony W. Ishii**
　 0m8i78                                                                    UNITED STATES DISTRICT JUDGE

2