```
                                    FILED
                              JUDGMENT ENTERED

                              ___August 22, 2007____
                                      (date)

                              by _____G. Lucas_____
                                         Deputy Clerk
                                  U.S. District Court
                              Eastern District of California
                              _xx_____ FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

TONY COLTER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:06-CV-949 DLB

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    This matter is reversed and the case is remanded to the ALJ for further proceedings.  Judgment is entered in favor of the plaintiff and against the defendant.

DATED:  August 22, 2007

                                      VICTORIA C. MINOR, Clerk

                                      By: /s/ GREG LUCAS
                                              Deputy Clerk