Marc V. Kalagian
ATTORNEY AT LAW: 149034
ROHLFING & KALAGIAN, LLP
211 E. OCEAN BOULEVARD, SUITE 420
LONG BEACH, CALIFORNIA 90802
TEL: (562) 437-7006
FAX: (562) 432-2935
E-MAIL: marckalagian_rohlfinglaw@hotmail.com

ATTORNEYS FOR PLAINTIFF TONY COLTER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY COLTER, | Case No.: 1:06-CV-949 DLB |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES UNDER THE EAJA; AND ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of THIRTY FOUR HUNDRED dollars ($3,400.00) and costs in the amount of THREE HUNDRED FIFTY dollars ($350.00).  This amount represents compensation for all legal services rendered on behalf of plaintiff by his attorney in connection with this civil action for services performed before the district court through remand, in accordance with 28 U.S.C. § 2412(d).

1  The stipulation is entered into for the sole purpose of settling all disputed
2  claims regarding EAJA and avoiding the expenses and risks of litigation. This
3  stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
4  attorney fees, costs, and expenses.  This stipulation does not constitute an
5  admission of liability on the part of Defendant under the EAJA.  This stipulation
6  does not settle, or compromise the question of whether Marc V. Kalagian may be,
7  is, or should be the direct payee of an award of fees, costs, and expenses under the
8  EAJA in the absence or presence of an express or implied assignment of such an
9  award nor whether any such award is free from or subject to debts of Plaintiff, if
10 any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue
11 regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.
12  Neither this agreement nor the substance herein shall, in full or in part, be
13 quoted, cited or referred to in any document filed in any case but the present one
14 and it shall not, in full or in part, be attached to any document filed in any case but
15 the present one.
16  Payment of THIRTY FOUR HUNDRED dollars ($3,400.00) in EAJA
17 attorney fees and THREE HUNDRED FIFTY dollars ($350.00) in costs and
18 expenses to Marc V. Kalagian shall constitute a complete release from and bar to
19 any and all claims Plaintiff may have relating to EAJA fees in connection with this
20 action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's
21 assignee and delivered to Plaintiff's counsel.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE:  November 16, 2007   Respectfully submitted,

ROHLFING & KALAGIAN, LLP

BY: __/s/_____
Marc V. Kalagian
Attorney for plaintiff  Tony Colter

DATE: November 16, 2007   McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration


BY: _/s/ Marc V. Kalagian*___
Elizabeth Firer
Special Assistant United States Attorney
Attorneys for defendant Michael J. Astrue, Commissioner of Social Security Administration

* by e-mail authorization of  November 15, 2007

**ORDER**

IT IS SO ORDERED.

DATE: November 19, 2007   /s/ Dennis L. Beck

UNITED STATES MAGISTRATE JUDGE